FILED
06 SEP 26 AM 10: 27
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOULIE MEDOSCH,<br>Plaintiff,<br>v.<br>ANHEUSER BUSCH, INC. SEA WORLD, INC. BUSCH ENTERTAINMENT CORPORATION and, DOES 1 TO 50,<br>Defendants. | CASE NO. 06 CV1756 L (POR)<br>**STIPULATION TO DISMISS WITHOUT PREJUDICE ANHEUSER-BUSCH, INC. AND BUSCH ENTERTAINMENT CORPORATION**<br>**[F.R.C.P. 41(a)(1)(i)]** |

Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(i), the parties stipulate and agree that this Court may issue an order to dismiss without prejudice defendants Anheuser-Busch, Inc. and Busch Entertainment Corporation. This stipulation by and between plaintiff, Joulie Medosch (herein referred to as "Plaintiff"), and defendants Anheuser-Busch, Inc., Sea World, Inc. and Busch Entertainment Corporation (collectively referred to as "Defendants"), is made with reference to the following facts:

1. Defendants Anheuser-Busch Inc. and Busch Entertainment Corporation are not proper parties to this action as neither entity has ownership, possession, custody or control of the platform/dock located immediately adjacent to the ride "Journey to Atlantis," where the alleged incident occurred.

////

////





2. In the event that through the course of this litigation facts are discovered, which are inconsistent with the aforementioned information, Defendants agree that Plaintiff be allowed to re-file a claim against Anheuser-Busch, Inc. and Busch-Entertainment.

3. Based upon the foregoing Plaintiff agrees to dismiss, without prejudice, defendants Anheuser-Busch, Inc. and Busch Entertainment Corporation.

4. The parties agree to each bear their own cost and attorney fees in relation to this dismissal.

IN WITNESS WHEREOF, the parties herein agree to and approve the terms of this stipulation by and through their respective counsel or otherwise stated, as of the first date set forth below.

DATED: September 15, 2006

INTERNATIONAL PRACTICE GROUP,
A Professional Corporation

By ______________________
GUILLERMO MARRERO
SAMANTHA LOPEZ
*Attorneys for Defendants*
SEA WORLD, INC.,
ANHEUSER-BUSCH, INC. and
BUSCH ENTERTAINMENT

DATED: September ___, 2006

ROBERT PECORA

By ______________________
ROBERT PECORA
*Attorney for Plaintiff*
JOULIE MEDOSCH

**IT IS SO ORDERED.**

Defendants Anheuser-Busch, Inc. and Busch Entertainment Corporation are dismissed without prejudice from District Court Civil Action No. 06 CV1756 L (POR).

DATED: September 25, 2006

By M James Lorenz
JUDGE OF THE U.S. DISTRICT COURT
SOUTHERN CALIFORNIA

GUILLERMO MARRERO (Bar No. 099056)
SAMANTHA LOPEZ (Bar No. 236934)
INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION
600 West Broadway, Suite 1520
San Diego, CA 92101
Tel: 619-515-1480
Fax: 619-515-1481

Attorneys for Defendants:

ANHEUSER BUSCH, INC.; SEA WORLD, INC.; BUSCH ENTERTAINMENT CORPORATION

| | |
|---|---|
| JOULIE MEDOSCH<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER BUCH, INC.; SEA WORLD, INC.; BUSCH ENTERTAINMENT CORP. and DOES 1 through 50,<br><br>Defendant. | CASE NO. 06CV1756 L (POR)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Laura Gagliano and was on the dates mentioned herein, over the age of eighteen years and not a party to the within entitled action. My business address is:

**600 West Broadway, Suite 1520**
**San Diego, CA 92101**

On August 30, 2006, gave notice to the below named parties and served true copies of the following documents:

**1) Stipulation to Dismiss Without Prejudice Anheuser Busch, Inc. and Busch Entertainment Corporation.**

To each party in this action, at the address below, by placing true copies thereof enclosed

in a sealed envelope in which I mailed to the addressee(s) below with postage fully pre-paid, in the United States mail.

Robert Pecora
La Jolla Financial Building
1200 Prospect Street, Suite 550
La Jolla, CA 92037
(858) 454-4014

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: September 15, 2006

Laura Gagliano